1054

No. 94–8034. GLENDORA v. GANNETT CO. INC. ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–8035. DAVIS v. FIRST WORTHING MANAGEMENT. C. A. 5th Cir. Certiorari denied.

No. 94–8036. HARRIS v. BELCHER ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8037. ROBINSON v. SYNTHETIC PRODUCTS. C. A. 5th Cir. Certiorari denied.

No. 94–8038. PETERSON v. HADDAD. C. A. 11th Cir. Certiorari denied.

No. 94–8039. BRANSON v. ARTHUR. Ct. App. Ariz. Certiorari denied.

No. 94–8042. BOSSETT v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–8046. PUDDER v. IRWIN. C. A. 11th Cir. Certiorari denied.

No. 94–8050. WILLIAMS v. CITY OF COLUMBUS POLICE DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8051. THOMAS v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 94–8054. YOUNG v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8055. THOMAS ET AL. v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 94–8059. JUDD v. NURNBERG, MEDICAL DIRECTOR OF UNM MEDICAL MENTAL HEALTH CENTER. Sup. Ct. N. M. Certiorari denied.

No. 94–8060. JONES v. LANHAM, COMMISSIONER, MARYLAND DIVISION OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8066. BROWN v. BROWN ET AL. C. A. D. C. Cir. Certiorari denied.